Kate J. Klein, executrix &c., appellant,

*v.*

Mary Ida Ivory, respondent.

On appeal from a decree of the ordinary, whose opinion is reported in *Ivory* v. *Klein, 9 Dick. Ch. Rep. 379.*

*Mr. Levi T. Hannum,* for the appellant.

*Mr. James Buchanan,* for the respondent.

Per Curiam.

Decree affirmed, for the reasons given by the ordinary.

*For affirmance*—Depue, Dixon, Garrison, Gummere, Lippincott, Magie, Van Syckel, Barkalow, Bogert, Hendrickson, Krueger, Nixon—12.

*For reversal*—None.